NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**LILLIE M. MIDDLEBROOKS,**
*Petitioner,*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2014-3161

---

Petition for review of the Merit Systems Protection Board in Nos. DC-4324-13-0521-I-2 and DC-3330-13-0219-I-2.

**O R D E R**

Upon consideration of Lillie M. Middlebrooks' USERRA Notification Form,

IT IS ORDERED THAT:

Middlebrooks is not required to pay the court's filing fee.

FOR THE COURT
/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24